MUSS, Respondent, v. MUSS, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Bailie Muss against Louis Muss, also known as Louis Kaufman. J. J. McCall, of Albany, for

appellant. H. G. Rabinowitz, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.